LAW OFFICES OF LELAND B. ALTSCHULER
Leland B. Altschuler (CA SBN 81459)
2995 Woodside Road, Ste. 350
Woodside, CA  94062
650.328.7917
650.989.4200 (Fax)
Lee@AltschulerLaw.com
Counsel for Grace Chang

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE VENUE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JONATHAN CHANG AND<br>GRACE CHANG,<br><br>Defendants.<br>_____/ | CR No. 16-00047 EJD HRL<br><br>DEFENDANTS' JOINT APPLICATION<br>FOR MODIFICATION OF BOND<br>(UNOPPOSED).<br><br>(IN CHAMBERS) |

INTRODUCTION

This is an unopposed Application for an Order modifying the Appearance Bonds of both defendants in two respects:  allowing defendants to temporarily reside for the majority of each week in the Central District of California, and directing the assigned Pretrial Services Officer in this District to request courtesy supervision of the Changs in the Central District of California.  A proposed Order is provided herewith.

The assigned Pretrial Services Officer and the assigned Assistant United States Attorney have each been informed of this Application.  Pretrial Services is willing to support the administrative steps necessary to request courtesy supervision, and the Government has no opposition to the requested relief.

BASIS FOR REQUEST

The Changs' daughter and son-in-law are the parents of two children, a 6 year-old and a newborn.   They live in Los Angeles County.  In early May, the daughter is scheduled to return to full-time work following birth of the newborn.  The son-in-law is employed on a full-time basis.  The daughter and son-in-law have requested the Changs provide childcare during the workweek.  Both Changs will live with their daughter and son-in-law while in Los Angeles County.  Both Changs will regularly return to the Northern District of California (Fridays and weekends), and will continue to keep their permanent home in this District.

(The names of the daughter and son-in-law, their residence address, and other relevant bail-related information was provided to the assigned Pretrial Services Officer in this District before this request was made.)

DISCUSSION

Good cause is apparent from this request.  Caring for young children, and lessening the financial burden on family members confronting the cost of childcare, would seem to be among the best reasons to grant the sort of relief requested by this Application.  Appearances of both defendants are secured by property. There is no reason to suspect the Changs are either a danger to the community or a flight risk. There have been no incidents while the Changs have been on pretrial supervision, and it appears Pretrial Services has determined they are low-risk defendants.

CONCLUSION

For the reasons stated above, undersigned counsel respectfully requests the

Chang App. For Bond Mod.                                        USA v. CHANG, 16-00047 EJD HRL

Court enter the proposed Order provided herewith.


DATED:  April 28, 2016.


SWANSON & MCNAMARA, LLP
Counsel for Jonathan Chang

And


LAW OFFICES OF LELAND B. ALTSCHULER
Counsel for Weilin (Grace) Chang


By: _____
Leland B. Altschuler